FILED
CLERK, U.S. DISTRICT COURT

AUG 15 2018

CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

YVONNE THOMAS MOORE,

    Plaintiff,

  vs.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant

Case No.: 2:17-cv-03933-E

~~(PROPOSED)~~ ORDER AWARDING
EQUAL ACCESS TO JUSTICE ACT
ATTORNEY FEES AND EXPENSES
PURSUANT TO 28 U.S.C. § 2412(d)
AND COSTS PURSUANT TO 28
U.S.C. § 1920

    Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

    IT IS ORDERED that fees and expenses in the amount of $3,600.00 as

authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

awarded subject to the terms of the Stipulation.

DATE: *8/15/18*

THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3      /s/ Cyrus Safa

4  _____
   Cyrus Safa
   Attorney for plaintiff Yvonne Thomas Moore
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26